NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 22 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PATRICIA ORTIZ SALINAS,<br><br>         Petitioner,<br><br>  v.<br><br>JEFFERSON B. SESSIONS III, Attorney General,<br><br>         Respondent. | No.   14-74036<br><br>Agency No. A092-397-663<br><br>MEMORANDUM* |

On Petition for Review of an Order of an
Immigration Judge's Decision

Submitted December 18, 2017**

Before:    WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

Patricia Ortiz Salinas, a native and citizen of Mexico, petitions for review of

the immigration judge's ("IJ") determination under 8 C.F.R. § 1208.31(a) that she

did not have a reasonable fear of persecution or torture and thus is not entitled to

relief from her reinstated removal order.  We have jurisdiction under 8 U.S.C.

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§ 1252.  We review for substantial evidence the IJ's factual findings.  *Andrade-Garcia v. Lynch*, 828 F.3d 829, 836 (9th Cir. 2016).  We deny the petition for review.

Substantial evidence supports the IJ's determination that Ortiz Salinas failed to demonstrate a reasonable possibility of future persecution in Mexico on account of a protected ground.  *See Nagoulko v. INS*, 333 F.3d 1012, 1016, 1018 (9th Cir. 2003) (possibility of future persecution "too speculative").

Substantial evidence also supports the IJ's determination that Ortiz Salinas failed to demonstrate a reasonable possibility of torture by or with the consent or acquiescence of the government of Mexico.  *See Zheng v. Holder*, 644 F.3d 829, 835-36 (9th Cir. 2011) (fear of torture speculative).

**PETITION FOR REVIEW DENIED.**